SCHEDULE A

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABRAHAM MATZLIACH, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TOWNSHIP OF JACKSON, NEW JERSEY, *et al.*, <br><br> Defendants. | Civ. No. 3:24-cv-00101-RK-RLS <br><br> **CONSENT ORDER** |

**THIS MATTER** having been brought before the Court on the Complaint by Plaintiffs Abraham Matzliach and Hana Matzliach ("Plaintiffs") against the Township of Jackson, New Jersey ("Township") and the Township of Jackson, New Jersey Zoning Board of Adjustment ("ZBA") (together, "Defendants"), pursuant to the Free Exercise Clause of the First Amendment and Equal Protection Clause of the Fourteenth Amendment to the United States Constitution, 42 U.S.C. § 1983, the rights of conscience and religious freedom of the New Jersey State Constitution, New Jersey Constitution art. I, ¶ 3, the Religious Land Use and Institutionalized Persons Act of 2000, 42 U.S.C. §§ 2000cc, *et seq.* ("RLUIPA"), and the Fair Housing Act, 42 U.S.C. §§ 3604 and 3617 ("FHA"); and,

**WHEREAS**, on January 5, 2024, the Plaintiffs filed a Complaint against Defendants in the United States District Court for the District of New Jersey (the "Court") captioned *Abraham Matzliach et al. v. Township of Jackson, et al.*, Civil Action No. 3:24-cv-00101-RK-RLS; and

**WHEREAS**, no Answer has yet been filed by the Defendants; and

**WHEREAS**, Defendants deny all liability for the claims asserted by Plaintiffs; and

**WHEREAS**, the Parties have determined to resolve all aspects of this litigation and agree that all claims should be resolved amicably and without protracted, expensive and unnecessary litigation; and

**WHEREAS**, the Court has reviewed the Parties' Settlement Agreement and finds it to be fair and reasonable; and

**WHEREAS**, this Court has jurisdiction over the subject matter of this Action pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367; and

**WHEREAS**, this Court has personal jurisdiction over Defendants; and

**WHEREAS**, venue is proper in this District;

IT IS on this 23rd day of December, 2024, **ORDERED, ADJUDGED** and **DECREED** as follows:

1) The terms of the Parties' Settlement Agreement, dated December 19, 2024, a copy of which is attached to this Consent Order, are each hereby incorporated into this Consent Order and are fully enforceable as an Order of this Court.

2) This Court shall retain jurisdiction in this case for all purposes for the term and as set forth in the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: 12/23/24, 2024

Hon. Robert Kirsch
United States District Judge

2